

**U. S. SMALL BUSINESS ADMINISTRATION**
RECEIVER FOR WINFIELD CAPITAL CORPORATION
409 THIRD STREET, S.W., 6TH FLOOR
WASHINGTON, D.C. 20416



DISTRICT OF DELAWARE

2005 OCT 28 PM 2: 12

WRITER'S DIRECT TELEPHONE: (202) 205-7514                    FAX NUMBER: (202) 205-6957

October 26, 2005

Mr. Peter T. Dalleo, Clerk of the Court                    VIA UPS 2ND DAY DELIVERY
U.S. District Court, District of Delaware
J. Caleb Boggs Federal Building Lockbox 18
844 North King Street
Wilmington, DE 19801-3570

U. S. DISTRICT COURT - DE
MISC. CASE # 05-219

Re:      United States of America v. Winfield Capital Corporation
         Civil Case No. CV-05-8395-AKH; Judge Hellerstein

Dear Mr. Peter T. Dalleo:

This is to advise you that, in accordance with 15 U.S.C. § 687c, the U.S. District Court for the
Southern District of New York , has taken exclusive jurisdiction of Winfield Capital Corporation,
("Winfield"), and the assets thereof, and has appointed the U.S. Small Business Administration
("SBA"), an agency of the federal government, as the Receiver.

A portion of the property of Winfield may be located in your jurisdiction.  We therefore are
enclosing for filing copies of the Complaint and Order establishing the Receivership, as required
by 28 U.S.C. § 754.  Please open as a miscellaneous case filing.

The United States District Court, in an order appointing SBA Receiver for Winfield, stayed all
legal proceedings involving Winfield and prohibited the filing of any actions against the Receiver
unless permission of the Court is first obtained.

The Receiver is in the process of ascertaining what and where legal proceedings pertaining to
Winfield are pending.  Should the Receiver learn of relevant legal proceedings within the
jurisdiction of your Court, the Receiver will promptly notify you thereof.

We also have enclosed extra copies of the Order and Complaint, which we request that you stamp
filed and return in the enclosed self-addressed stamped envelope.

Sincerely,

By:

Michele L. Pittman
Chief, Corporate Liquidation and Receivership Operations
Office of Liquidation